IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TROY DEMAR,

      **Plaintiff,**

**v.**                                       Civil Action No. 3:26cv240

JAMES PARKS, *et al.*,

      **Defendants.**

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a "MOTION FOR PRELIMINARY/ PERMANENT INJUNCTION AND ORDER ENFORCING HOUSE BILL (HB) 33." ("Motion for Injunction," ECF No. 1.)[1] By Memorandum Order entered on April 8, 2026, the Court explained that Plaintiff's submission failed to comply with Federal Rule of Civil Procedure Rule 8(a),[2] denied the Motion for Injunction, and directed the Clerk to mail a standardized form for filing a 42 U.S.C. § 1983 complaint to Plaintiff. (ECF No. 2, at 1–2.) The Court instructed Plaintiff to complete and return the form within thirty (30) days of the date of

---

[1] This Court received identical documents from several inmates that appeared to be forms drafted by someone else. Plaintiff filled in the blanks on the forms with his personal information.

[2] That rule provides:

> **(a) Claim for Relief.** A pleading that states a claim for relief must contain:
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a).

entry thereof if he wished to file a complaint at this time. (ECF No. 2, at 2.) The Court explained that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 form or otherwise responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 5/14/26
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge